JUDGE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT C. MILLS,<br><br>      Plaintiffs,<br><br>  v.<br><br>BANK OF AMERICA, N.A. ITS SUCCESSORS AND AFFILIATES; TRUSTEE BISHOP, WHITE, MARSHALL AND WEIBEL, P.S.; and BLACK CORPORATIONS,<br><br>      Defendants. | NO. 3:14-cv-05238-RBL<br><br>ORDER GRANTING DEFENDANT BISHOP, WHITE, MARSHALL & WEIBEL'S MOTION FOR SUMMARY JUDGMENT |

THIS MATTER came for hearing upon the Defendant Bishop, White, Marshall & Weibel, P.S.'s ("BWMW") Motion for Summary Judgment, and the court having considered the records and files herein, and the following additional pleadings and evidence:

  1.  Defendant BWMW's Motion for Summary Judgment;

  2.  Declaration of Melanie Sattler in support of Defendant BWMW's Motion for Summary Judgment, and Exhibits thereto;

  3.  Response from Plaintiff; if any;

  4.  Response from Defendant Bank of America, N.A., if any;

  5.  Reply of Defendant BWMW's to Plaintiffs' Response.

Now therefore, BASED UPON the evidence presented, the Court finds that Defendant BWMW is entitled to judgment as a matter of law.

BASED UPON the above finding, it is hereby ORDERED, ADJUDGED AND DECREED that:

1. Defendant BWMW's Motion for Summary Judgment is GRANTED.

2. Summary Judgment shall be entered in favor of Defendant BWMW and all claims asserted in Plaintiff's Complaint against Defendant BWMW are hereby DISMISSED with prejudice.

Dated this 23rd day of July, 2014.

*Ronald B. Leighton*

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE